UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MARCELO CALLI,                                  :
                Plaintiff,         :         No. 5:14-cv-5292
    v.                                           :
                                       :
ARC MAINTENANCE, INC., CRAIG D.   :
COTURE, SCOTT LUTZ, and GARY LUTZ, :
                Defendants.      :

## O R D E R

**NOW**, this 21st day of January, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    Defendant's Motion for Summary Judgment, ECF No. 24, is **GRANTED in part** and **DENIED in part** as follows:

    A.    The motion is denied as to Count I, alleging a violation of the overtime provisions of the FLSA;

    B.    The motion is denied as moot as to Count II, alleging retaliation in violation of the FLSA, because this claim was previously dismissed;

    C.    The motion is denied as to Count III, alleging a violation of the PMWA;

    D.    The motion is granted as to Count IV, alleging a violation of the WPCL, and this count is dismissed; and

    E.    The motion is granted as to Count V, alleging unjust enrichment, and this Count is dismissed.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge